# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 30, 2014

## NO. 03-11-00699-CV

**City of New Braunfels, Texas, Appellant**

**v.**

**Carowest Land, Ltd., Appellee**

**APPEAL FROM 433RD DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND HENSON;
JUSTICE HENSON NOT PARTICIPATING
AFFIRMED IN PART; REVERSED AND RENDERED IN PART; REVERSED AND
REMANDED IN PART -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the November 2, 2011 order signed by the district court denying the City

of New Braunfels's plea to the jurisdiction. Having reviewed the record and the parties'

arguments, the Court holds that there was reversible error in part in the district court's order.

Specifically we:

> **Reverse** the district court's order denying the City's plea to the jurisdiction as to
> Carowest's takings claim and render judgment dismissing that claim for want of
> subject-matter jurisdiction.

> **Reverse** the district court's order as to Carowest's claims under Section 1983, and
> **remand** the claims so that Carowest may have a reasonable opportunity to amend
> its pleadings, if possible, to assert a Section 1983 claim that is not subsumed
> within its takings claim.

**Affirm** the district court's order denying the City's plea as to Carowest's common-law tort claims, contract claims, and related attorney's-fees claims to the extent the court has jurisdiction (1) to adjudicate Carowest's breach-of-contract and related attorney's fees claims by virtue of the waiver of immunity in chapter 252 of the Local Government Code; and (2) alternatively and independently, to adjudicate Carowest's entitlement to an offset against any recovery obtained by the City on its monetary counterclaim.

**Affirm** the district court's order denying the City's plea to the jurisdiction as to Carowest's declaratory claims.

Each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below.